USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHLEEN BILES, *individually and on behalf of all others similarly situated*, :
:
:
Plaintiff, : 1:20-cv-3537-GHW
-against- :
: ORDER
DEVA CONCEPTS, LLC, d/b/a DEVACURL, :
:
Defendant. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for June 29, 2020 at 5:00 p.m. will take place by telephone. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

Furthermore, the Court has not yet received the joint letter and proposed case management plan described in the Court's May 11, 2020 order. The parties are directed to submit the joint letter and proposed case management plan forthwith, and in no event any later than June 25, 2020.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: June 24, 2020

_____
GREGORY H. WOODS
United States District Judge