USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KATHLEEN BILES, *individually and on behalf of all others similarly situated*,

                  Plaintiff,

-against-

DEVA CONCEPTS, LLC, d/b/a DEVACURL,

                  Defendant.

-----------------------------------------------------------------X

1:20-cv-3537-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The initial pretrial conference scheduled for June 29, 2020 is adjourned *sine die*. This caxse is related to the consolidated action at 1:20-cv-1234-GHW. Even though this case itself is not consolidated, and none of the reasons for adjourning the initial pretrial conference in that case apply here, the Court expects to manage this litigation in parallel with the consolidated actions. The Court also notes that while counsel references the fact that no operative complaint exists in this case, that is not true—the parties here have not moved for consolidation of this case. The Court will reschedule the initial pretrial conference in this case when it reschedules the conference in the 1:20-cv-1234-GHW consolidated action.

      Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

      SO ORDERED.

Dated: June 29, 2020

_____
GREGORY H. WOODS
United States District Judge